THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELENA ARYSHTAEVA,

    Plaintiff,

v.

TOMMY BAHAMA,

    Defendant.

No. 2:21-cv-00067-MJP

STIPULATION AND ORDER OF DISMISSMAL

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), LCR 7(d)(1), and LCR 10(g), the parties, by and through their undersigned counsel of record, stipulate, agree, and request and that all of the claims and causes of action in the above captioned matter be dismissed with prejudice and without attorney fees or costs to be awarded to any party.

Dated this _____ day of May, 2021

JACKSON LEWIS P.C.

By: s/ *Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
Kira J. Johal, WSBA #53549
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
Barry.Johnsrud@jacksonlewis.com
Kira.Johal@jacksonlewis.com

Attorneys for Defendant

By: *s/Elena Aryshtaeva*
Elena Aryshtaeva
6502 26th Avenue
Seattle, WA 98177
aryshtawa@gmail.com

Plaintiff, *Pro Se*

STIPULATION AND ORDER FOR DISMISSAL - 1
(Case No. 2:21-cv-00067-BJR)

## II. ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The above-captioned matter and all claims and causes of action are hereby **DISMISSED WITH PREJUDICE** and without attorney fees or costs awarded to any party.

DATED this 3 day of May, 2021.

_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented By:

JACKSON LEWIS P.C.

By: s/ *Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
Kira J. Johal, WSBA #53549
520 Pike Street, Suite 2300
Seattle, WA 98101
206-405-0404
Barry.Johnsrud@jacksonlewis.com
Kira.Johal@jacksonlewis.com

Attorneys for Defendant

By: *s/Elena Aryshtaeva*
Elena Aryshtaeva
6502 26th Avenue
Seattle, WA 98177
aryshtawa@gmail.com

Plaintiff, *Pro Se*

STIPULATION AND ORDER FOR DISMISSAL - 2
(Case No. 2:21-cv-00067-BJR)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404